IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**EMIL SAUNDERS DAY CHIEF,**<br><br>Defendant. | CR 23-10-GF-BMM<br><br>**ORDER ISSUING WARRANT AND VACATING INITIAL APPEARANCE ON SUMMONS** |

The United States has moved for the Court to issue a warrant pursuant to Federal Rule of Criminal Procedure 9(a). The United States has exercised due diligence in an attempt to serve the defendant with the previously issued summons but has been unable to locate the defendant. Therefore, the United States motion is hereby GRANTED. The Court ORDERS that a warrant be issued to arrest the defendant. In addition, the initial appearance for the defendant set on March 21, 2023, at 10 a.m. is VACATED.

DATED this 1st day of March 2023.

_____
John Johnston
United States Magistrate Judge