IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMIL SAUNDERS DAY CHIEF,<br><br>Defendant. | CR 23-10-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

## I. Synopsis

Defendant EMIL SAUNDERS DAY CHIEF, (Day Chief) has been accused of violating conditions of his supervised release. (Doc. 36). Day Chief admitted the alleged violations. Day Chief's supervised release should be revoked. Day Chief should be sentenced to custody for 3 months, with 33 months of supervised release to follow. During the term of his supervised release, Day Chief shall be placed in a secure in-patient substance abuse treatment facility, such as Connections Corrections, at the direction of his probation officer. Following substance abuse treatment, Day Chief shall be placed in a residential re-entry center for a term of up to 180 days at the direction of his probation officer.

## II. Status

Day Chief pled guilty on October 4, 2022, to the offense of Involuntary Manslaughter, in violation of 18 U.S.C. §§ 1112, 1112(b) and 1153(a) as charged in Count 1 of the Indictment. (Doc. 24). Day Chief was sentenced to custody for a term of 38 months, followed by three (3) years of supervised release. (Doc. 32). Day Chief's current term of supervised release began on January 9, 2026.

**Petition**

On August 18, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Day Chief' supervised release. (Doc. 36). The Petition alleged Day Chief violated conditions of his supervised release by: (1) using marijuana on Augst 6, 2026; (2) using methamphetamine on or about August 12, 2026; and (3) consuming alcohol on August 17, 2026.

**Initial Appearance**

Day Chief appeared before the Court on August 26, 2026. Day Chief was represented by counsel. Day Chief stated that he had read the Petition and that he understood the allegations against him. Day Chief waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

Day Chief appeared before the Court on August 26, 2026. Day Chief admitted the allegations set forth in the Petition. Day Chief's admitted violations, 1-3, are serious and warrant revocation of his supervised release.

**Sentencing hearing**

Day Chief appeared before the Court on August 26, 2026. Day Chief's violations are Grade C. His criminal history category is III. Day Chief's underlying offense is a Class D felony. Day Chief could be incarcerated for up to 24 months. Day Chief could be ordered to remain on supervised release for up to 36 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

## III. Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Day Chief's supervised release should be revoked. Day Chief should be sentenced to custody for 3 months, with 33 months of supervised release to follow. During the term of his supervised release, Day Chief shall be placed in a secure in-patient substance abuse treatment facility, such as Connections Corrections, at the direction of his probation officer. Following substance abuse treatment, Day Chief shall be placed in a residential re-entry center for a term of up to 180 days at the direction of his probation officer. This sentence is sufficient but not greater than necessary.

## IV. Conclusion

The Court informed Day Chief that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Day Chief of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Day Chief that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS**:

That EMIL SAUNDERS DAY CHIEF has violated the conditions of his supervised release by: (1) using marijuana on Augst 6, 2026; (2) using methamphetamine on or about August 12, 2026; and (3) consuming alcohol on August 17, 2026.

The Court **RECOMMENDS:**

That the District Court revoke Day Chief's supervised release and sentence Day Chief to custody for 3 months with 33 months of supervised release to follow. During the term of his supervised release, Day Chief shall be placed in a secure in-patient substance abuse treatment facility, such as Connections Corrections, at the direction of his probation officer. Following substance abuse treatment, Day Chief shall be placed in a residential re-entry center for a term of up to 180 days at the direction of his probation officer.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 27th day of August 2026.

John Johnston
United States Magistrate Judge