**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EMIL SAUNDERS DAY CHIEF,

Defendant.

CR-23-10-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 27, 2026. (Doc. 45.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on August 26, 2026. (Doc. 40.) The United States accused Emil Day Chief (Day Chief) of violating the conditions of his supervised release by: (1) using marijuana on Augest 6, 2026; (2)

using methamphetamine on or about August 12, 2026; and (3) consuming alcohol on August 17, 2026. (Doc. 36.)

At the revocation hearing Day Chief admitted that he had violated the conditions of supervised release 1-3 as set forth in the Petition. (Doc. 40.)

Judge Johnston recommended that Day Chief be sentenced to custody of 3 months with 33 months of supervised release to follow. Judge Johnston also recommended that Day Chief be placed in a secure in-patient substance abuse treatment facility, such as Connections Corrections, at the direction of his probation officer and that following substance abuse treatment, Day Chief be placed in a residential reentry center for a term of up to 180 days at the direction of his probation officer. (Doc. 45.)

The violations Day Chief admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 45) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Emil Saunders Day Chief be sentenced to a terms of custody of 3 months with 33 months of supervised release to follow. Day Chief shall be placed in a secure in-patient substance abuse treatment facility, such as Connections

Corrections, at the direction of his probation officer and that following substance abuse treatment, Day Chief shall be placed in a residential reentry center for a term of up to 180 days at the direction of his probation officer.

DATED this 14th day of September 2026.

Brian Morris, Chief District Judge
United States District Courts